# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

INLAND DREDGING COMPANY, L.L.C.,

      Plaintiff,

v.                                Case No: 5:04cv280-RH/WCS

THE PANAMA CITY PORT
AUTHORITY, etc.,

      Defendant.

_____/

## ORDER FOR ENTRY OF AMENDED JUDGMENT

The parties' joint motion to amend the judgment (document 76) is GRANTED. The clerk shall enter an amended judgment stating, "Plaintiff Inland Dredging Company, L.L.C. shall recover from defendant Panama City Port Authority the sum of Thirty-Three Thousand Four Hundred Thirty-Four and 31/100 Dollars ($33,434.31) as principal, and One Thousand Six Hundred Twenty-Three and 15/100 Dollars ($1,623.15) as prejudgment interest through September 23, 2005, for a total of Thirty-Five Thousand Fifty-Seven and 46/100 Dollars ($35,057.46), all of which shall bear further interest as provided by law from September 23, 2005. All other claims in this action are dismissed with prejudice."

The amended judgment shall be entered nunc pro tunc September 23, 2005.

SO ORDERED this 27th day of September, 2005.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge
